# IN THE SUPREME COURT OF THE STATE OF DELAWARE

LATONYA EVERS,[1]        §
                                       §   No. 196, 2018

    Respondent Below,          §

    Appellant,                  §   Court Below—Family Court

                                         §   of the State of Delaware

    v.                                 §

                                         §   File No. CN12-01710

JASON EVERS,             §   Petition No. 17-32661

                                         §

    Petitioner Below,           §

    Appellee.                 §

Submitted:   January 28, 2019
Decided:     February 21, 2019

## ORDER

On December 31, 2018, the Chief Deputy Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for her failure to pay the Family Court filing fee and transcript costs. After the appellant did not pick up the certified mailing, the notice was sent by first class mail on January 17, 2019. The appellant failed to respond to the notice to show cause within the required ten-day period. Dismissal of this action is therefore deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice